**Marcovous L. WILLIAMS,
Plaintiff–Appellant**

v.

**ARKANSAS DEPARTMENT OF COR-
RECTION; Larry Norris, In his Offi-
cial Capacity as Director of Arkansas
Department of Correction; Robert A.
Parker, Mental Health Administrator;
Kay Howell, Warden, Wrightsville
Unit; Roger Cameron; Kerry Bakken,
Clinical Supervisor; Sharon McGloth-
in, Unit Supervisor, Defendants–Ap-
pellees.**

No. 13–2418.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 4, 2014.

Filed: July 3, 2014.

Marcovous L. Williams, Mabelvale, AR, pro se.

Terrence Cain, Little Rock, AR, for Plaintiff–Appellant.

Christine Ann Cryer, Colin Jorgensen, Attorney General's Office, Ali Brady No-land, Little Rock, AR, for Defendants–Appellees.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Marcovous L. Williams appeals the district court's [1] adverse grant of summary judgment in her employment-discrimination case. Williams alleged that she was subjected to a hostile-work environment because of her race and gender, in violation of Title VII and the Arkansas Civil Rights Act.

Upon careful de novo review and viewing the evidence in the light most favorable to Williams, this court disagrees with Williams that the district court improperly decided an issue of fact when the court concluded as a matter of law that a particular work-place incident was not severe enough to create a hostile-work environment. *See McMiller v. Metro,* 738 F.3d 185, 188 (8th Cir.2013) (per curiam) (standard of review). Although Williams may have produced some evidence to show she was subjected to a hostile environment, we conclude the district court did not err in determining that she failed to offer evidence permitting an inference of discriminatory animus. *See Lewis v. Jacks,* 486 F.3d 1025, 1028 (8th Cir.2007).

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.